IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | |
| | : | Jointly Administered |
| OLYMPUS HEALTHCARE GROUP, INC, *et al.*, | : | Case Nos. 01-1849 |
| | : | through 01-1858 (WS) |
| Debtors. | : | |
| | : | |
| CRAIG JALBERT, Liquidating Supervisor for | : | |
| OLYMPUS HEALTHCARE GROUP, INC. *et al.*, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 03-53411(PBL) |
| | : | |
| CAHCF ASSISTANCE CORPORATION, | : | Re: Adv. D.I. 51 |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Katharine B. Sacks ("Ms. Sacks"), as the State of Connecticut's receiver for five nursing home facilities located within the territorial jurisdiction of Connecticut and formerly owned and operated by Pegasus Management Company, Inc., appeals to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a) from the Memorandum and Order Denying Motion of Defendant for an Order Setting Aside the Default and Default Judgment dated June 23, 2005 (the "Order"). The Order was entered on the docket of the above-captioned adversary proceeding on June 24, 2005 as Docket Item No. 51 and is attached hereto as Exhibit A.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Party:**    Craig Jalbert, Liquidating Supervisor for Olympus Healthcare Group, Inc., *et al.*

Counsel

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Matthew M. Carucci, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

and

John F. Ventola, Esquire
Joseph M. Downes, III, Esquire
CHOATE, HALL & STEWART
53 State Street
Boston, MA 02118
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

Dated: July 5, 2005
      Wilmington, Delaware

                                              REED SMITH LLP

                                              By: /s/ Mark W. Eckard
                                                  Mark W. Eckard (No. 4542)
                                                  1201 Market Street, Suite 1500
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 778-7518
                                                  Facsimile: (302) 778-7575
                                                  E-mail: meckard@reedsmith.com

                                              Counsel for Katharine B. Sacks, as Receiver
                                              for Five Facilities Formerly Owned and
                                              Operated by Pegasus Management Company,
                                              Inc.