UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court                                                                                                                 824 Market Street
David D. Bird                                                                                                                  Wilmington DE 19801
                                                                                                                               (302) 252-2900

**Date: 8/10/05**

To: Peter Dalleo, Clerk
    U.S. District Court
    U.S. Courthouse
    Wilmington DE 19801

**Re:**  **Jalbert, etc., v. CAHCF Assistance Corporation**

**Bankruptcy Case No:**   01-1849 thru 01-1858 (jointly administered)

**Adversary Case No:**    03-53411

Attached is the bankruptcy Record on Appeal #05-50 and 05-51.  Designations are being sent by hand delivery by the Bankruptcy Court.  Please acknowledge receipt on the copy provided.

                                                                Sincerely,

                                                                David Bird, Clerk


                                                                By:  /s/Lori Coster
                                                                      Deputy Clerk



I hereby acknowledge receipt of the above Record on Appeal this _____day of _____, 2003.


By: _____
    Deputy Clerk, U.S. District Court

# TRANSMITTAL SHEET FOR NOTICE OF APPEAL TO THE
# U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:**   03-53411
**Related Bankruptcy Case #:** 01-1849 thru 01-1858
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Lori M. Coster |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 454 |
| **Cause of Transmittal:** | Appeal |
| **Parties:** | Jalbert v. CAHCF Assistance Corporation |

**Plaintiff's Counsel:**

Christopher Martin Winter

Duane Morris LLP

1100 N. Maket Street

Wilmington, DE 19801-1246

302-657-4951

Fax : 302-657-4901

Email: cmwinter@duanemorris.com

Michael R. Lastowski

Duane Morris LLP

1100 North Market Street

Suite 1200

Wilmington, DE 19801-1246

302-657-4900
Fax : 302-657-4901
Email: mlastowski@duanemorris.com

William K. Harrington
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
302-657-4900
Fax : 302-657-4901
LEAD ATTORNEY

**Defendant's Counsel:**

**Cachf Assistance Corporation**
TERMINATED: 09/20/2004 represented by
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7595
Fax : 302-651-7701
Email: madron@rlf.com

**U.S. Nursing Corporation**
represented by Christopher Martin Winter
(See above for address)
   Joseph C. Handlon
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

usa

302-654-1888

Fax : 302-654-2067

Email: bankruptcy@ashby-geddes.com

**Pegasus Management, Inc.**

**Katharine B. Sacks, as Receiver of Five Facilities Formerly Owned and Operated by Pegasus Management Company, Inc.**

represented by Mark W. Eckard

Reed Smith LLP

1201 North Market Street

Suite 1500

Wilmington, DE 19801

302-778-7500

Fax : 302-778-7575

Email: meckard@reedsmith.com