IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case Nos. 01-1849(WSS) through |
| OLYMPUS HEALTHCARE GROUP, INC. *et al.*, ) | 01-1858(WSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |
| CRAIG JALBERT, Liquidating Supervisor for ) | |
| OLYMPUS HEALTHCARE GROUP, INC. ) | Adversary Proceeding No. 03-53411 |
| ) | (PBL) |
| Plaintiff, ) | |
| ) | |
| v. ) | Re Adv. A.D.I. No. 51, 56 and 61 |
| ) | |
| CAHCF Assistance Corporation, ) | |
| ) | |
| Defendant. ) | |

**LIQUIDATING SUPERVISOR'S AND USNC'S JOINT DESIGNATION OF
APPELLEES OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL**

Appellees U.S. Nursing Corporation ("USNC") and Craig Jalbert, the Liquidating Supervisor of the captioned Debtors, hereby designate the following items for the Record on Appeal, in addition to those items designated in Appellant Katharine B. Sacks' July 15, 2005 Designation of Record and Statement of Issues on Appeal, numbered to follow after Appellant's listing:

    19.    Summons and Notice of Pretrial Conference (Adv. D.I. No. 2).

    20.    Certificate of Service (Adv. D.I. 13).

    21.    Certificate of Service (Adv. D.I. 26).

    22.    Certificate of Service (Adv. D.I. 27).

23.   Re-Notice of Motion of the Liquidating Supervisor for Entry of an Order Authorizing and Approving Settlement Agreement with U.S. Nursing Corporation (Adv. D.I. 37).

24.   Certificate of Service (Adv. D.I. 37).

25.   Re-Notice of Motion of the Liquidating Supervisor for Entry of an Order Authorizing and Approving Settlement Agreement with U.S. Nursing Corporation (Adv. D.I. 42).

26.   Objection of Katharine B. Sacks, as Receiver of Five Facilities Formerly Owned and Operated by Pegasus Management Company, Inc., to a Motion of the Liquidating Supervisor for Entry of an Order Authorizing and Approving Settlement Agreement.

27.   Reply of the Liquidating Supervisor to Katharine B. Sacks' Objection to Motion for Entry of an Order Authorizing and Approving Settlement Agreement (Adv. D.I. No. 48).

28.   Order Authorizing and Approving Settlement Agreement (Adv. D.I. No. 53).

Dated: July 25, 2005
Wilmington, Delaware

Respectfully submitted,
CRAIG JALBERT,
LIQUIDATING SUPERVISOR,

By his attorneys,

Michael Lastowski (DE No. 3892)
Christopher M. Winter (DE No. 4163)
Matthew M. Carucci (DE No. 4529)
DUANE MORRIS LLP
1100 North Market Street
Wilmington, Delaware 19801
(302) 657-4900

John F. Ventola (BBO#567972)
Joseph M. Downes III (BBO#655853)

CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

-AND-

U.S. NURSING CORP.,
By its attorneys,

/s/ Joseph C. Handlon
By: _____
Ricardo Palacio (DE No. 3765)
Joseph C. Handlon (DE No. 3952)
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Peter A. Cal, Esq.
Mark Fulford, Esq.
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Telephone:  (303) 299-8244