IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Jointly Administered |
| OLYMPUS HEALTHCARE GROUP, INC, *et al.*, : | Case Nos. 01-1849 through 01-1858 (WS) |
| Debtors. : | |
| CRAIG JALBERT, Liquidating Supervisor for OLYMPUS HEALTHCARE GROUP, INC. *et al.*, : | |
| Plaintiff, : v. : | Adv. Pro. No. 03-53411(PBL) |
| CAHCF ASSISTANCE CORPORATION, : | Re: Docket No. _____ |
| Defendant. : | |

## ORDER

Upon consideration of the Motion of Katharine B. Sacks as Receiver for Five Facilities Formerly Owned and Operated by Pegasus Management Company, Inc. For Stay Pending Appeal (the "Motion"), it is hereby

ORDERED THAT, the Motion is GRANTED for the reasons set forth in the Motion.

Dated: _____, 2005

_____
PAUL B. LINDSEY
UNITED STATES BANKRUPTCY JUDGE