IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**7

IN RE: Olympus Healthcare Group, Inc., et al.

---

| | | |
|---|---|---|
| Katharine B. Sacks, as Receiver of Five Facilities Formerly Owned and Operated by Pegasus Management Company, Inc. | ) ) ) ) ) | |
| Appellant | ) | Civil Action No.   05-581 |
| v. | ) ) ) | |
| Craig Jalbert, Liquidating Supervisor for Olympus Healthcare Group, Inc., et al. | ) ) ) | |
| Appellees | ) ) | Bankruptcy Case No. 01-1849 through 01-1858 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 6/23/05 was docketed in the District Court on 8/10/05:

> Memorandum and Order Denying Motion of Appellant for an Order Setting Aside the Default and Default Judgment

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

        Peter T. Dalleo
        Clerk of Court

Date:   August 10, 2005

To:  U.S. Bankruptcy Court
     Counsel

Case 1:05-cv-00581-KAJ    Document 7    Filed 08/10/2005    Page 2 of 2