IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| OLYMPUS HEALTHCARE GROUP, INC. | ) | Bankr. Case No. 01-1849 |
| *et al.,* | ) | through 01-1858 (WS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| KATHARINE B. SACKS as Receiver of | ) | Civil Action No. 05-581 and 05-582 |
| Five Facilities Formerly Owned and | ) | |
| Operated by Pegasus Management | ) | |
| Company Inc., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Craig Jalbert, U.S. Nursing Corporation and | ) | |
| Pegasus Management, Inc., | ) | |
| | ) | |
| Appellees. | ) | |

## NOTICE OF COMPLETION OF MEDIATION

PLEASE TAKE NOTICE that, I, Ian Connor Bifferato, was appointed to serve as

mediator for the parties to the captioned appeal. On October 21, 2005, I conducted a mediation

session and the case did not settle. The parties are prepared to proceed with the appeal.

PLEASE TAKE FURTHER NOTICE that the appeal, including briefing, has been held in

abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the

parties of the briefing schedule.

Dated: October 21, 2005

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
Ian Connor Bifferato (# 3273)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

cc      Mark William Eckard, Esq.
         Christopher M. Winter, Esq.
         Joseph Handlon, Esq.