IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Olympus Healthcare Group, Inc., *et al.*, | ) | Case Nos. 01-1849-1851 (WSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| KATHARINE B. SACKS, AS RECEIVER OF FIVE FACILITIES FORMERLY OWNED AND OPERATED BY PEGASUS MANAGEMENT, INC., | ) ) ) ) ) ) | C.A. Nos. 05-581, 05-582 (KAJ) |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| CRAIG JALBERT, LIQUIDATING SUPERVISOR FOR OLYMPUS HEALTHCARE GROUP, INC. *et al.*, US NURSING CORPORATION, | ) ) ) ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

Upon consideration of the Motion to Consolidate Bankruptcy Appeals Pursuant to Fed.R.Civ.P. 42(a), Filed by Katharine B. Sacks, as the State of Connecticut's Nursing Home Receiver for Five Facilities Formerly Owned and Operated by Pegasus Management Company, Inc. (the "Motion") and any response thereto, it is hereby

ORDERED THAT, the Motion is Granted; and it is further

ORDERED THAT, the Appeals[1] are Consolidated into C.A. No. 1:05-cv-00581-KAJ.

**BY THE COURT:**

Dated: _____          _____
                                  Hon. KENT A. JORDAN
                                  United States District Court Judge

---

[1] Capitalized terms not defined herein shall have the meanings ascribed thereto in the Motion.