IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| Olympus Healthcare Group, Inc., *et al.*, ) | Case Nos. 01-1849-1851 (WSS) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| KATHARINE B. SACKS, AS RECEIVER ) | |
| OF FIVE FACILITIES FORMERLY ) | |
| OWNED AND OPERATED BY ) | C.A. Nos. 05-581, 05-582 (KAJ) |
| PEGASUS MANAGEMENT, INC., ) | |
| ) | |
| Appellant, ) | |
| v. ) | |
| ) | |
| CRAIG JALBERT, LIQUIDATING ) | |
| SUPERVISOR FOR OLYMPUS ) | |
| HEALTHCARE GROUP, INC. *et al.*, ) | |
| US NURSING CORPORATION, ) | |
| ) | |
| Appellees. ) | |

## CERTIFICATE OF SERVICE

I, Mark W. Eckard, Esquire, certify that two (2) true and correct copies of the **MOTION TO CONSOLIDATE BANKRUPTCY APPEALS PURSUANT TO FED.R.CIV.P. 42(a), FILED BY KATHARINE B. SACKS, AS THE STATE OF CONNECTICUT'S NURSING HOME RECEIVER FOR FIVE FACILITIES FORMERLY OWNED AND OPERATED BY PEGASUS MANAGEMENT COMPANY, INC.** were served on November 22, 2005 on the parties on the attached Service List in the manner indicated.

By: /s/ Mark W. Eckard
Mark W. Eckard (No. 4542)

## SERVICE LIST

**VIA HAND DELIVERY**
Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joseph C. Handlon, Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, DE 19801

**VIA REGULAR MAIL**
John F. Ventola, Esquire
Joseph M. Downes, III, Esquire
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

**VIA REGULAR MAIL**
Peter A. Cal, Esquire
Mark Fulford, Esquire
Sherman & Howard L.L.C.
633 Seventeenth Street
Suite 3000
Denver, CO 80202