## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Olympus Healthcare Group, Inc., *et al.*, | ) | Case Nos. 01-1849-1851 (WSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| KATHARINE B. SACKS, AS RECEIVER | ) | |
| OF FIVE FACILITIES FORMERLY | ) | |
| OWNED AND OPERATED BY | ) | C.A. Nos. 05-581, 05-582 (KAJ) |
| PEGASUS MANAGEMENT, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| CRAIG JALBERT, LIQUIDATING | ) | |
| SUPERVISOR FOR OLYMPUS | ) | |
| HEALTHCARE GROUP, INC. *et al.*, | ) | |
| US NURSING CORPORATION, | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mark W. Eckard, Esquire, certify that two (2) true and correct copies of the

**ATTACHMENT TO (UNREPORTED CASES) OPENING BRIEF OF APPELLANT,**

**KATHARINE B. SACKS, AS THE STATE OF CONNECTICUT'S NURSING HOME**

**RECEIVER FOR FIVE FACILITIES FORMERLY OWNED AND OPERATED BY**

**PEGASUS MANAGEMENT COMPANY, INC.** were served on November 23, 2005 on the

parties on the attached Service List in the manner indicated.

By:    /s/ Mark W. Eckard
       Mark W. Eckard (No. 4542)

## SERVICE LIST

**VIA HAND DELIVERY**
Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joseph C. Handlon, Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, DE  19801

**VIA REGULAR MAIL**
John F. Ventola, Esquire
Joseph M. Downes, III, Esquire
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

**VIA REGULAR MAIL**
Peter A. Cal, Esquire
Mark Fulford, Esquire
Sherman & Howard L.L.C.
633 Seventeenth Street
Suite 3000
Denver, CO  80202