IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| OLYMPUS HEALTHCARE GROUP, INC., *et al.*, | ) Case Nos. 01-1849-1851 (WSS) |
| | ) |
| Debtors. | ) |
| | ) |
| KATHARINE B. SACKS, AS RECEIVER OF FIVE FACILITIES FORMERLY OWNED AND OPERATED BY PEGASUS MANAGEMENT, INC., | ) |
| | ) C.A. Nos. 05-581, 05-582 (KAJ) |
| Appellant, | ) |
| v. | ) |
| CRAIG JALBERT, LIQUIDATING SUPERVISOR FOR OLYMPUS HEALTHCARE GROUP, INC. ET. AL., | ) |
| US NURSING CORPORATION, | ) |
| Appellees. | ) |

**ORDER APPROVING JOINT STIPULATION TO STAY BRIEFING**

Upon review of the Joint Stipulation to Stay Briefing entered into by the Parties, and in light of the settlement reached by the Parties and the Parties stated intent to seek Bankruptcy Court approval of the settlement,

IT IS HEREBY ORDERED that all briefing is stayed in the captioned appeals pending a determination of the Bankruptcy Court with respect to the settlement between the Parties.

Dated: December ___, 2005

_____
KENT A. JORDAN,
UNITED STATES DISTRCIT COURT JUDGE

WLM\212762 1