IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| OLYMPUS HEALTHCARE GROUP, INC., ) | Chapter 11 |
| et al., ) | Bankr. Case No. 01-1849 |
| ) | through 01-858 (WS) |
| Debtors. ) | Jointly Administered |
| ) | |
| KATHARINE B. SACKS, as Receiver of ) | |
| Five Facilities Formerly Owned and ) | |
| Operated by Pegasus Management ) | |
| Company, Inc., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action Nos. 05-581-KAJ |
| ) | and 05-582-KAJ |
| CRAIG JALBERT, U.S. NURSING ) | (CONSOLIDATED) |
| CORPORATION and PEGASUS ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Appellees. ) | |

### ORDER

WHEREAS, the Court having been informed that these cases have settled, and no stipulation of dismissal having been filed,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the Court on or before August 31, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 22, 2006
Wilmington, Delaware